# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-03105-02-CR-S-DGK |
| | ) | |
| RICKY P. HICKS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The United States Magistrate Judge has filed a Report and Recommendation that the defendant be declared competent to stand trial. No objections have been filed. It is therefore

ORDERED that the defendant be declared competent to stand trial.

                                              /s/ Greg Kays
                                          **GREG KAYS**
                                    **UNITED STATES DISTRICT JUDGE**

Date: March 8, 2011